**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALBION ENGINEERING COMPANY, | No. 1:17-cv-3569 (NLH/KMW) |
| Plaintiff, | **ORDER** |
| v. | |
| HARTFORD FIRE INSURANCE COMPANY, | |
| Defendant. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  26th  day of  March , 2018

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment [7] is hereby **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Strike [12] is hereby **DENIED**; and it is further

**ORDERED** that Defendant's Cross Motion for Summary Judgment [17] is hereby **GRANTED**; and it is further

**ORDERED** that Defendant's Motion for Leave to File a Reply [23] is hereby **GRANTED**.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.