UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1756
_____

ALBION ENGINEERING CO, a New Jersey corporation,

Appellant

v.

HARTFORD FIRE INSURANCE CO, a Connecticut corporation

_____

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil No. 1-17-cv-3569
District Judge: Honorable Noel L. Hillman
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 16, 2018

Before: GREENAWAY, JR., BIBAS, FUENTES, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for District of New Jersey and was submitted pursuant to Third Circuit L.A.R.

34.1(a) on November 16, 2018.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the

judgment of the District Court entered March 26, 2018 is AFFIRMED.  Costs taxed

against Appellants.  All of the above in accordance with the Opinion of this Court.


ATTEST:


s/ Patricia S. Dodszuweit
Clerk


Dated: July 10, 2019


Certified as a true copy and issued in lieu
of a formal mandate on _____8/26/19_____

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**